**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

APR 20 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10194 |
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00468-TLN-3 |
| v. | |
| ERIK HERMANN GREEN, | ORDER[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Argued and Submitted March 16, 2021
San Francisco, California

Before: BERZON, MURGUIA, and CHRISTEN, Circuit Judges.

Erik Green is no longer incarcerated at FCI Lompoc. As Green's counsel conceded at oral argument, Green's release from Lompoc renders this appeal moot. The appeal is therefore dismissed.

This order shall act as the mandate of this court.

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.